# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| THOMAS E. ANDREWS, et al., | Case No. CV 19-929-CJC (PLAx) |
| Plaintiff(s), | |
| v. | **ORDER DENYING REQUEST TO PROCEED WITHOUT PREPAYMENT OF FILING FEES AND CLOSING CASE** |
| STEVEN R. HALL, et al., | |
| Defendant(s). | |

On March 1, 2019, the Magistrate Judge granted plaintiff's request to file this action without prepayment of the filing fees, but ordered that an initial partial filing fee of $5.00 be paid within thirty (30) days of the date the Order was filed. Plaintiff was advised that failure to pay the initial partial filing fee would result in dismissal of the case. Plaintiff has failed to pay the initial partial filing fee or otherwise respond to the March 1, 2019, Order. Accordingly, the March 1, 2019, Order is **vacated**, plaintiff's Request to Proceed without Prepayment of Filing Fees is **denied**, and the case is **closed**.

IT IS SO ORDERED.

Dated: June 13, 2019

HONORABLE CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE